**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES, DEPARTMENT OF AIRPORTS,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY<br><br>  Defendant. | Case No. 2:23-cv-05229-MCS-JPR<br><br>**JUDGMENT** |

1

Pursuant to this Court's Orders,

IT IS ADJUDGED that the action is dismissed with prejudice. Judgment is entered in favor of Defendant American Home Assurance Company. Plaintiff City of Los Angeles Department of Airports shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: November 30, 2023

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE